[No. 12332-7-I.   Division One.   July 23, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
EDWARD STEEN, *Appellant.*

Appeal from judgments of the Superior Court for King

County, No. 82–8–03086–6, Jack Richey, J. Pro Tem., and Robert E. Dixon, J., entered September 1 and 21, 1982. *Remanded* by unpublished per curiam opinion.